```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 09243
   ERIC FRAZIER
   TUNISIA FRAZIER                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1756    SSN XXX-XX-2215


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/21/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
NETBANK INC              CURRENT MORTG           .00            .00            .00
NETBANK INC              MORTGAGE ARRE      22400.00            .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY        NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES SECURED                 .00            .00            .00
DRIVE FINANCIAL SERVICES UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING  PRIORITY          NOT FILED            .00            .00
SALLIE MAE               PRIORITY                .00            .00            .00
AMERICAN MEDICAL COLLECT UNSECURED         NOT FILED            .00            .00
CHASE BANK USA NA        UNSECURED           3573.01            .00            .00
DR LAURA LOYA-FRANK      UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES   UNSECURED         NOT FILED            .00            .00
M3 FINANCIAL SERVICES IN UNSECURED           1956.20            .00            .00
MEDICAL COLLECTIONS SYST UNSECURED         NOT FILED            .00            .00
MRSI                     UNSECURED         NOT FILED            .00            .00
NATIONWIDE CREDIT CO     UNSECURED         NOT FILED            .00            .00
NICOR GAS                UNSECURED           1067.92            .00            .00
PROFESSIONAL CREDIT SERV UNSECURED         NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1653.28            .00            .00
ROOSEVELT UNIVERSITY NDS UNSECURED         NOT FILED            .00            .00
JB ROBINSON              UNSECURED           1672.38            .00            .00
WESTLAKE HOSPITAL        UNSECURED          15608.25            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED             80.00            .00            .00
CITY OF CHICAGO PARKING  UNSECURED           1740.00            .00            .00
JEFF A WHITEHEAD         REIMBURSEMENT          7.28            .00           7.28
RECOVERY MANAGEMENT SYST UNSECURED            497.20            .00            .00
JEFF A WHITEHEAD         DEBTOR ATTY       3,000.00                       2,976.76
TOM VAUGHN               TRUSTEE                                            233.98
DEBTOR REFUND            REFUND                                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09243 ERIC FRAZIER & TUNISIA FRAZIER
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,218.02

PRIORITY                                              7.28
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                    2,976.76
TRUSTEE COMPENSATION                                233.98
DEBTOR REFUND                                          .00
                      ---------------      ---------------
TOTALS                   3,218.02              3,218.02
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 05/26/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```